**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------------x
T-MOBILE NORTHEAST LLC f/k/a Omnipoint
Communications, Inc.,                                                 15-cv-2751 (JB)(SMG)

                    Plaintiff,

    -against-                                             **NOTICE OF**
                                                          **WITHDRAWAL**
WARREN, LLC, BEACH LANE MANAGEMENT, INC.,          **OF APPEARANCE**
DEAN REALTY LLC, MARK SCHARFMAN,
MARZ REALTY, INC., OCEANS 2, LLC, and MITCHEL
ROTHKEN a/k/a MITCHELL ROTHKEN and a/k/a/
MITCH ROTHKEN,

                    Defendants.
----------------------------------------------------------------------------x

       Please note the withdrawal of the appearance of Christine G. Ortiz of Rapaport Law Firm, PLLC as counsel for Plaintiff T-Mobile Northeast LLC f/k/a Omnipoint Communications, Inc. in this action. The Plaintiff will continue to be represented by Marc A. Rapaport of Rapaport Law Firm, PLLC.

Dated:  New York, New York
         October 8, 2015

                                                           RAPAPORT LAW FIRM, PLLC

                                         By:          /s/
                                                       Christine G. Ortiz
                                                       225 Broadway, Suite 1405
                                                      New York, New York 10007
                                                      (212) 382-1600

To:    ROSE & ROSE
        Todd A. Rose, Esq.
        Dean Dreiblatt, Esq.
        291 Broadway, 13th Floor
        New York, New York 10007
        (212) 349-3366
        *Attorneys for Defendants*